DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

JOSE DE JESUS HEREDIA HERNANDEZ
and MARGARITA HERNANDEZ
668 BELLEVUE AVE.
SANTA ROSA, CA 95407-7320         Debtor(s)

Chapter 13
Case No.: 15-1-0302 DM

WITHDRAWAL OF
TRUSTEE'S MOTION TO DISMISS

David Burchard, Chapter 13 Trustee in the above-referenced case, hereby requests that the Trustee's Motion, filed on July 10, 2017, be withdrawn.

DATED:    July 25, 2017              DAVID BURCHARD
                                     DAVID BURCHARD
                                     Chapter 13 Trustee
                                     United States Bankruptcy Court
                                     Northern District of California
                                     San Francisco/Santa Rosa Divisions

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Withdrawal of Trustee's Motion to Dismiss** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    JOSE DE JESUS HEREDIA HERNANDEZ and MARGARITA HERNANDEZ
    668 BELLEVUE AVE.
    SANTA ROSA, CA 95407-7320

The following recipients have been served via Court's Notice of Electronic Filing:

    EVAN LIVINGSTONE
    evanmlivingstone@gmail.com

Dated: July 25, 2017                             LIZ WHIGHAM
                                                                 LIZ WHIGHAM